**Order entered January 25, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00660-CR

**MAGAN MARIE KRYZAK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-48257-N**

## ORDER

Before the Court is appellant's January 23, 2019 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief received on January 23, 2019 filed as of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE